IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EDUARDO H. RODRIGUEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | EP-22-CV-00357-FM-ATB |
| | § | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION; | § § § | |
|     Defendant. | § | |

**ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS***

On this day, the Court considered Plaintiff's "Application to Proceed in District Court Without Prepaying Fees or Costs" filed by Plaintiff Eduardo Rodriguez on October 8, 2022. (ECF No. 1). The case was assigned to United States District Judge Frank Montalvo and referred to this Court pursuant to the "Standing Order Referring Social Security Cases" dated October 16, 2003. After due consideration, the Court is of the opinion that Plaintiff's application should be **GRANTED**.

Accordingly, the Court enters the following **ORDERS:**

1. The Court **GRANTS** Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 1).

2. The Court **ORDERS** the District Clerk to file Plaintiff's civil complaint (ECF No. 1-1), without prepaying costs or fees.

3. The District Clerk **SHALL ISSUE** summons in this case without pre-payment of a service fee. Plaintiff will effectuate service on Defendant.

2

SIGNED and ENTERED this 13th day of October, 2022.

_____
**ANNE T. BERTON**
**UNITED STATES MAGISTRATE JUDGE**